UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 16504
  KEITH HORTON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-0294

--------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/11/2007 and was confirmed 12/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/16/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JP MORGAN CHASE BANK NA | CURRENT MORTG | .00 | .00 | .00 |
| IL STATE DISBURSEMENT UN | DSO ARREARS | NOT FILED | .00 | .00 |
| IL STATE DISBURSEMENT UN | UNSECURED | NOT FILED | .00 | .00 |
| IL STATE DISBURSEMENT UN | DSO ARREARS | NOT FILED | .00 | .00 |
| IL STATE DISBURSEMENT UN | DSO ARREARS | NOT FILED | .00 | .00 |
| ACCOUNT RECOVERY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| AFNI INC | UNSECURED | NOT FILED | .00 | .00 |
| AIS SERVICES LLC | UNSECURED | 768.51 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1054.50 | .00 | .00 |
| CENTRIX RESOURCE SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 429.43 | .00 | .00 |
| CITI CARDS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 303.93 | .00 | .00 |
| HSBC/TAX | UNSECURED | 5959.20 | .00 | .00 |
| WAL MART STORES INC | UNSECURED | NOT FILED | .00 | .00 |
| ANGELA M HORTON | NOTICE ONLY | NOT FILED | .00 | .00 |
| JPMORGAN CHASE BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK NA | MORTGAGE ARRE | .00 | .00 | .00 |
| ROSE MARY WARE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,464.00 | | 1,497.60 |
| TOM VAUGHN | TRUSTEE | | | 102.40 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
--------------------------------------------------------------------------------
| TRUSTEE | 1,600.00 | |
| PRIORITY | | .00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 16504 KEITH HORTON

```
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                    1,497.60
TRUSTEE COMPENSATION                               102.40
DEBTOR REFUND                                         .00
                       ---------------    ---------------
TOTALS                     1,600.00           1,600.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 10/29/08                 /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE